UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KAREN JAYNE, | 2:11-CV-01392-PMP-CWH |
| Plaintiff, | |
| vs. | **ORDER** |
| ROBERT D. CASTRO; PENSKE TRUCK LEASING CORPORATION; PENSKE TRUCK LEASING CO., LIMITED PARTNERSHIP, | |
| Defendants. | |

The Court having read and considered Defendants' fully briefed Motion to Dismiss Plaintiff's Claim for Punitive Damages, or in the Alternative, Motion for Partial Summary Judgment (Doc. #4), and good cause appearing,

**IT IS ORDERED that** Defendants' Motion to Dismiss Plaintiff's Claim for Punitive Damages, or in the Alternative, Motion for Partial Summary Judgment (Doc. #4) is **DENIED** without prejudice to Defendant's to seek Partial Summary Judgment on Plaintiff's Punitive Damages Claim following the close of discovery in this case.

DATED: October 18, 2011.

_____
PHILIP M. PRO
United States District Judge