**SAO**
ALVERSON, TAYLOR, MORTENSEN & SANDERS
JONATHAN B. OWENS, ESQ.
Nevada Bar #7118
ANDRES CAMACHO, ESQ.
Nevada Bar #11072
7401 West Charleston Boulevard
Las Vegas, NV 89117
Tel. (702) 384-7000 Fax. (702)385-7000
efile@alversontaylor.com
jowens@alversontaylor.com
acamacho@alversontaylor.com
*Attorneys for Defendants,*
*Penske Truck Leasing Co., L.P. and*
*Robert Castro*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KAREN JAYNE, <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT D. CASTRO; PENSKE TRUCK LEASING CO., LIMITED PARTNERSHIP; DOES I through X, inclusive; ROES I through X, inclusive; DOE TRUCK LESSORS; ROE TRUCK LESSORS; DOE TRUCK LESSEE; and ROE TRUCK LESSEE, <br><br> Defendants. | CASE NO. 2:11-cv-01392-PMP-CWH |

**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by Plaintiff, KAREN JAYNE, and Defendants, ROBERT D. CASTRO and PENSKE TRUCK LEASING CO., L.P. (collectively referred to herein as "Defendants"), and by and through the parties' attorneys of record, that all

///

1

19508-JO

claims that the Plaintiff has pending against Defendants be dismissed with prejudice, each party to bear its own costs and attorney's fees.

IT IS SO AGREED.

Jointly submitted by:

Dated this 9 day of June, 2012.

ALVERSON, TAYLOR,
MORTENSEN & SANDERS

_____
JONATHAN B. OWENS, ESQ.
Nevada Bar No. 7118
ANDRES CAMACHO, ESQ.
Nevada Bar No. 11072
7401 West Charleston Boulevard
Las Vegas, NV 89117
*Attorneys for Defendants,*
*FGS Trucking, Inc., and*
*Paul J. Gasienica-Szymkow*

Dated this 2rd day of July, 2012.

G. DALLAS HORTON & ASSOCIATES

_____
G. DALLAS HORTON, ESQ.
Nevada Bar No. 5996
DAVID L. THOMAS, ESQ.
Nevada Bar No. 3172
4435 South Eastern Avenue
Las Vegas, Nevada 89119
*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: July 9, 2012.

2

19508-JO